# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH JAMES HARRIS JR., | Case No. SACV 14-0383-GW (RNB) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Under Section V.A of the Court's April 11, 2014 Case Management Order, plaintiff was required to serve and file his motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

The Answer was served and filed on August 27, 2014. Thus, including the 3 extra days to which plaintiff was entitled under Fed. R. Civ. P. 6(d), the filing deadline for plaintiff's motion for judgment on the pleadings was October 4, 2014 (which being a Saturday meant the deadline was extended to October 6, 2014 per Fed. R. Civ. P. 6(a)(1)(C)).  Although that deadline now has elapsed, plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before **November 3, 2014**, plaintiff is ORDERED to either (a) serve and file his motion for judgment on the pleadings in accordance with the format specified in Section VI of the April 11, 2014 Case Management Order or (b)

show good cause in writing, if any exists, why plaintiff did not timely file his motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order.  Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED:  October 9, 2014

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE