O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ELIJAH JAMES HARRIS, JR.,                )    Case No. SACV 14-0383-GW(JCG)
                                         )
                    Plaintiff,           )    **ORDER ACCEPTING REPORT AND**
                                         )    **RECOMMENDATION OF UNITED**
            v.                           )    **STATES MAGISTRATE JUDGE**
                                         )
CAROLYN W. COLVIN,                       )
COMMISSIONER OF SOCIAL                   )
SECURITY ADMINISTRATION,                 )
                                         )
                    Defendant.           )
_____)

        Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the pleadings, the
Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report
and Recommendation, and the remaining record.

        Plaintiff's Objections reiterate the arguments made in the First Amended
Complaint, Plaintiff's Motion for Judgment on the Pleadings, and Plaintiff's Reply,
and lack merit for the reasons set forth in the Report and Recommendation.

/ /

/ /

/ /

/ /

1

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered dismissing this action with prejudice; and

3.      The Clerk serve copies of this Order on the parties.

DATED: August 26, 2016                    _____

                                              HON. GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE